# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 0:21-cv-01549-MJD-DTS

**Case Title:** Kamal et al v. Baker Tilly Virchow Krause, LLC et al

### Affidavit of Movant

I, Garrett Blanchfield, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Grace Arden Hancock, an attorney admitted to practice and currently in good standing in the U.S. District Court for (please identify **_ONE_** specific district to which the attorney is admitted) Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ✓ plaintiff ___ defendant Tausif Kamal, Samuel Edison, and the Class in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

✓ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

___ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: _/s/Garrett D. Blanchfield_   Date: 07/08/2021

MN Attorney License #: 209855

**Affidavit of Proposed Admittee**

I, Grace Hancock, am currently a member in good standing of the U.S. District Court for the (please identify *ONE* specific district to which you are admitted) Northern District of Georgia, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: /s/ Grace Hancock   Date: 7/8/2021

Typed Name: Grace A. Hancock

Attorney License Number: 854164   issued by the State of Georgia

Federal Bar Number (if you have one): _____

Law Firm Name: Peiffer Wolf Carr Kane and Conway, LLP

Law Firm Address: 1519 Robert C. Blakes Sr. Dr.

1st Floor

New Orleans, LA 70130

Main phone: (505) 605-2434   Direct line: (504) 605-2235

E-mail address: ghancock@peifferwolf.com

2