# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 21-CV-1549 MJD-DTS

Case Title: K. Tausif Kamal, et al. v. Baker Tilly Virchow Krause, LLC, et al.

### Affidavit of Movant

I, X. Kevin Zhao, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Timothy E. Hoeffner, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court, who will be counsel for Defendant Deloitte, LLP in the case listed above.

I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

X  I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

   I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

   Signature:  s/ X. Kevin Zhao               Date: July 23, 2021

   MN Attorney License #: 391302

**Affidavit of Proposed Admittee**

I, Timothy E. Hoeffner, am currently a member in good standing of the United States District Court for the Southern District of New York, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: _/s/ Timothy E. Hoeffner_                                                    Date: July 23, 2021

Typed Name:  Timothy E. Hoeffner

Attorney License Number: 2116671, issued by the State of New York

Federal Bar Number (if you have one): TH4195

Law Firm Name:          McDermott Will & Emery LLP

Law Firm Address:       One Vanderbilt Avenue
                        New York, NY 10017-5404

Main phone: (212) 547-5400          Direct line: (212) 547-5595

E-mail address:  thoeffner@mwe.com