UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| K. TAUSIF KAMAL and SAMUEL EDISON, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BAKER TILLY US, LLP, and DELOITTE, LLP,<br><br>        Defendants. | Case No. 21-CV-1549-MJD-DTS<br><br>**BAKER TILLY US, LLP'S SECOND AMENDED NOTICE OF HEARING ON ITS MOTION TO DISMISS WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to the Court's Order dated November 1, 2021, (ECF No. 47), at a hearing to be held at a date and time to be determined, before the Honorable Michael J. Davis, United States District Court Judge for the District of Minnesota, 300 South Fourth Street, Minneapolis, MN 55415, Baker Tilly will move the Court for an Order granting its Motion to Dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  November 3, 2021

Stanley J. Parzen (admitted *pro hac vice*)
sparzen@mayerbrown.com
J. Gregory Deis (admitted *pro hac vice*)
gdeis@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel.:  (312) 782-0600

*Attorneys for Baker Tilly US, LLP*

Respectfully submitted,

*s/ Michael Rowe*
Jaime Stilson (#392913)
stilson.jaime@dorsey.com
Michael Rowe (#0392598)
rowe.michael@dorsey.com
DORSEY & WHITNEY LLP
50 South Sixth Street
Minneapolis, Minnesota 55402
Tel.:  (612) 340-2600

1