UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

K. TAUSIF KAMAL and SAMUEL EDISON,
individually and on behalf of all others
similarly situated,

        Plaintiffs,

v.

BAKER TILLY US, LLP,

        Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Civil File No. 21-1549 (MJD/DTS)

Daniel Centner, Grace Arden Hancock, and Joseph C. Peiffer, Peiffer Wolf Carr Kane Conway & Wise, LLP, and Garrett D. Blanchfield, Jr., and Brant D. Penney, Reinhardt Wendorf & Blanchfield, Counsel for Plaintiffs.

J. Gregory Deis and Stanley J. Parzen, Mayer Brown LLP, and Jaime Stilson and Michael E. Rowe, Dorsey & Whitney LLP, Counsel for Defendant Baker Tilly US, LLP.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 15, 2023. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation of United States Magistrate Judge Schultz dated March 15, 2023.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 15, 2023 **(Doc. 129)**;

2. Baker Tilly's Motion to Strike or Dismiss Class Allegations **(Doc. 98)** is **GRANTED**; and

3. The class allegations in the Amended Complaint **(Doc. 55)** are **STRICKEN.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 16, 2023                          s/Michael J. Davis
                                              Michael J. Davis
                                              United States District Court