# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| k. Tausif Kamal, Samuel Edison, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 21-cv-1549 MJD/DTS |
| Baker Tilly US, LLP, | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated March 15, 2023 **(Doc. 129)**;

2. Baker Tilly's Motion to Strike or Dismiss Class Allegations **(Doc. 98)** is **GRANTED**; and

3. The class allegations in the Amended Complaint **(Doc. 55)** are **STRICKEN.**

Date:  5/16/2023                                                                                                KATE M. FOGARTY, CLERK