# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| K. Tansif Kamal, Samuel Edison, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 21-cv-1549 MJD/DTS |
| Baker Tilly US, LLP, | |
| Defendant(s). | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant Baker Tilly US, LLP's Motion for Judgment on the Pleadings [Doc. 131] is GRANTED;
2. Plaintiffs' Count 1 is DISMISSED with prejudice; and
3. The Amended Complaint [Doc. 55] is DISMISSED WITH PREJUDICE.

Date: 3/29/2024                                                              KATE M. FOGARTY, CLERK